AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| RAUL PALLES <br> *Plaintiff* <br> v. <br> SLIDER MAN, LLC, a Florida Limited Liability Company <br> *Defendant* | ) ) ) ) ) Civil Action No. ) 2:16-CV-869-FtM-99CM ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SLIDER MAN, LLC

By Serving Registered Agent:

DLF REGISTERED AGENT SERVICE, LLC
10181 SIX MILE CYPRESS PKWY - C
FORT MYERS, FL 33966

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason L. Gunter, Esq.
JASON L. GUNTER, P.A.
1625 Hendry Street, Suite 103
Fort Myers, FL  33901
Tel:  (239) 334-7017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12-8-16

*Signature of Clerk or Deputy Clerk*